UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUWANA QUITIQUIT, et al.,

    Petitioners,

    v.

ROBINSON RANCHERIA CITIZENS BUSINESS COUNCIL, et al.,

    Respondents.

_____/

No. C 11-0983 PJH

**ORDER**

    The court will hear petitioners' application for a temporary restraining order (TRO) and order to show cause re preliminary injunction on Wednesday, March 9, 2011, at 9:00 a.m.

    Although petitioners have designated their motion as an "ex parte" motion, counsel has not provided the declaration required under Federal Rule of Civil Procedure 65(b) for issuance of a TRO without notice. Accordingly, no later than 5:00 p.m. on Friday, March 4, 2011, petitioners shall serve respondents with the summons and complaint, along with copies of the motion papers and this order.

    Any written opposition must be filed and served no later than 12:00 noon on Monday, March 7, 2011.

**IT IS SO ORDERED.**

Dated: March 3, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge