ANGELICA M. MILLAN – SBN 217716
LAUREN E. HANSEN – SBN 268417
LEGAL SERVICES OF NORHTERN CALIFORNIA
807 S. Dora Street
Ukiah, CA 95482
Tel: 707-513-1023
Fax: 707-462-9483
e-mail: amillan@lsnc.net

JULIE AGUILAR ROGADO – SBN 203879
R. MONA TAWATAO – SBN 128779
LEGAL SERVICES OF NORTHERN CALIFORNIA
517 12th Street
Sacramento, CA 95814
Tel: 916-551-2150
Fax: 916-551-2195
e-mail: jaguilar@lsnc.net

Attorneys for Petitioners

LESTER J. MARSTON
RAPPORT AND MARSTON
405 West Perkins Street
P.O. Box 488
Ukiah, CA 95482
Telephone: (707) 462-6846
FAX: (707) 462-4235
email: marston1@pacbell.net

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUWANA QUITIQUIT, et al., <br><br> Petitioners, <br><br> vs. <br><br> ROBINSON RANCHERIA CITIZENS BUSINESS COUNCIL, et al., <br><br> Respondents. | Case No.: C-11-00983 PJH <br><br> **STIPULATION FOR ORDER RE TRO AND MAINTAINING STATUS QUO UNTIL RULING ON PETITION FOR WRIT OF HABEAS CORPUR AND ORDER THEREON** |

The Petitioners and the Respondents ("Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. The Respondents and any person acting in concert with them shall not take any

1. action to enforce the Order Adopting Proposed Findings of Fact, Conclusions of Law, and Judgments in *Robinson Rancheria of Pomo Indians v. Karen Ramos, Inez Sands, Rueben Want, Robert Quitiquit, and Luwana Quitiquit, defendants,* Robinson Rancheria Tribal Court, Case Nos. C-10-05-03-RM; C-10-05-05-RM; C-10-05-02-RM; C-10-06-07-RM, and C-10-06-06-RM or otherwise interfere with the Petitioner's use or quiet enjoyment of the premises ("Premises"), as defined in Paragraph 2 below.

2. The Petitioners, or any persons living or acting in concert with them, shall not destroy or cause any damages to the Premises that they are occupying, reasonable wear and tear excepted. As used herein, the term "Premises" shall mean for Rueben Want that certain parcel of real property located at 1013 Manzanita Circle, Nice, CA; for Karen Ramos that parcel of real property located at 1001 Redbud Trail, Nice, CA; for Inez Sands that certain parcel of real property located at 1007 Manzanita Circle, CA; for Luwana Quitiquit that certain parcel of real property located at 1019 Manzanita Circle, Nice, CA; and for Robert Quitiquit that certain parcel of real property located at 1017 Manzanita Circle, Nice, CA.

3. The Petitioners, and each of them, shall on the 15th day of each month starting April 1, 2011, pay $175, as an administration fee payable to the Robinson Rancheria Housing Department at the West America Bank in Upper Lake, California. In exchange for the payment of the Administration fee the Respondents, through the Robinson Rancheria Housing Department shall provide the Petitioners, and each of them, with the following services, in the same manner and to the same extent that the Housing Department provides these same services to all other tenants of the Robinson Rancheria Mutual Help and Occupancy Program: sewer service; homeowners insurance on the structure, not the contents of the home; street lighting; monthly pest control and garbage pick-up.

4. The terms of this Stipulation shall remain in effect until the Court has issued an order ruling on the Petitioners' Petition for Writ of Habeas Corpus in the above-entitled case. The hearing on the Petitioners motion for Temporary restraining order and order to show cause regarding preliminary injunction, presently scheduled for March 9, 2011, in the above entitled Court can be vacated. The Court, in the above-entitled case, can enter an order, ordering the

parties to fully comply with the terms and conditions of this Stipulation.

Dated: March 8, 2011

LEGAL SERVICES OF NORTHERN CALIFORNIA

By: _____
ANGELICA M. MILLAN
807 S. Dora Street
Ukiah, CA 95482
Tel: 707-513-1023
Attorneys for Petitioners

Dated: March 8, 2011

RAPPORT AND MARSTON

By: _____
LESTER J. MARSTON
405 W. Perkins Street
P. O. Box 488
Ukiah, CA 95482
Attorneys for Respondents

## ORDER

Having read the Stipulation of the parties, and pursuant to the Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that: (1) the hearing on the Petitioners' motion for temporary restraining order and order to show cause regarding preliminary injunction, presently scheduled for March 9, 2011, is vacated, and (2) the parties shall comply with all of the terms and conditions of the above Stipulation.

Dated: March 8, 2011



PHYLLIS J. HAMILTON
United States District Court Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton